# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:17-CR-360 |
| v. | : | (Chief Judge Conner) |
| JEAN-PIER JEAN BAPTISTE, | : | |
| Defendant | : | |

## PRELIMINARY ORDER OF FORFEITURE

IT IS HEREBY ORDERED THAT:

1. The court has determined, based upon the defendant's guilty plea, that the following property is subject to forfeiture pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 492 and 28 U.S.C. § 2461 and that the government has established the requisite nexus between such property and such offenses.

   a. Bloomin' Brands gift card in the amount of $35.00;

   b. Ruby Tuesday's gift card number 6109304520127316 in the amount of $35.00;

   c. TGI Friday's gift card number 6066491584459999009 in the amount of $35.00;

   d. Friday's gift card number 6006491584486677628 in the amount of $35.00;

   e. Applebee's gift card number 3086640000358693952 in the amount of $30.00;

   f. Buffalo Wild Wings gift card number 6121076164039764 in the amount of $35.00;

   g. Longhorn Steakhouse gift card number 6104735349240601 in the amount of $30.00;

   h. Red Lobster gift card number 133880085121095 in the amount of $20.00;

i. Walmart gift card number 6102978967788291 in the amount of $25.00;

j. Olive Garden gift card number 6132600105969285 in the amount of $7.34;

k. Olive Garden gift card number 6133549828219413 in the amount of $0.69;

l. $545.00 in U.S. Currency seized on September 27, 2017, during a traffic stop in Montoursville, PA;

m. Apple cell phone, serial number: #8901260952128351879;

n. Black Garmin GPS, serial number: 2W3831945;

o. Epson XP-434 color inkjet printer, serial number VZWP209972;

p. Apple cell phone, serial number: 2012CJ5271;

q. Apple Macbook Pro, serial number: C02FPDDDDF8V; and

r. Apple Model, 85 watt Magsafe power adapter.

2. After the disposition of any motion filed under Fed. R.Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

3. The United States shall have clear title to the subject property following the court's disposition of all third-party interests, including titled owners, spouses, and any other interested parties, or if none, following the expiration of the period provided in 21 U.S.C. § 853(n) for the filing of third party petitions.

4. Any claim filed with the seizing agency in an administrative proceeding and any petition filed in a related civil action are NOT a substitute for the claim that must be filed in this action which meets the requirements of and within the time allowed under 21 U.S.C. § 853(n), as described above.

5. Upon adjudication of all third-party interests, the court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

6. The court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

7. The Clerk of Court shall forward four certified copies of this order to Assistant U.S. Attorney Jenny P. Roberts, U.S. Attorney's Office, Middle District of Pennsylvania.

SO ORDERED this 7th day of February, 2018.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania