UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 4:17-CR-360 |
| | ) | |
| v. | ) | (Chief Judge Conner |
| | ) | |
| JEAN-PIER JEAN BAPTISTE, | ) | |
| Defendant. | ) | (Electronically Filed) |

# FINAL ORDER OF FORFEITURE

Upon the proceedings had heretofore and the Motion of the United States of America, the Court finds:

A Preliminary Order of Forfeiture was entered on February 7, 2018, ordering the defendant to forfeit:

a. Bloomin' Brands gift card in the amount of $35.00;

b. Ruby Tuesday's gift card number 6109304520127316 in the amount of $35.00;

c. TGI Friday's gift card number 6066491584459999009 in the amount of $35.00;

d. Friday's gift card number 6006491584486677628 in the amount of $35.00;

e. Applebee's gift card number 3086640000358693952 in the amount of $30.00;

f. Buffalo Wild Wings gift card number 6121076164039764 in the amount of $35.00;

g. Longhorn Steakhouse gift card number 6104735349240601 in the amount of $30.00;

h. Red Lobster gift card number 133880085121095 in the amount of $20.00;

i. Walmart gift card number 6102978967788291 in the amount of $25.00;

j. Olive Garden gift card number 6132600105969285 in the amount of $7.34;

k. Olive Garden gift card number 6133549828219413 in the amount of $0.69;

l. $545.00 in U.S. Currency seized on September 27, 2017, during a traffic stop in Montoursville, PA;

m. Apple cell phone, serial number: #8901260952128351879;

n. Black Garmin GPS, serial number: 2W3831945;

o. Epson XP-434 color inkjet printer, serial number VZWP209972;

p. Apple cell phone, serial number: 2012CJ5271;

q. Apple Macbook Pro, serial number: C02FPDDDDF8V; and

r. Apple Model, 85 watt Magsafe power adapter

All personal service was completed and notice of the Preliminary Order of Forfeiture was published on the government's internet forfeiture website.

All persons claiming an interest in the above-described property were required to file their claims with the Clerk of Court not later than thirty days after the date of final publication of notice. The Court specifically finds that Theresa Beatrice Taylor-Adams was properly served, having been served by both first class and certified mail, certified mail being returned as "unclaimed" and first class mail not being returned, and that Lekaye Solomon was properly served, with attempted service at his two last-known addresses and successful service on his attorney in a related state case.

No petitions were filed within the thirty-day period required by 21 U.S.C. § 853(n)(2). Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

NOW, THEREFORE, upon motion of the United States of America for Final Order of Forfeiture, it is hereby ORDERED that:

(1) All right, title, and interest, including the interests of titled owners, spouses, and any other interested parties, in the above-described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

(2) The United States is entitled to its costs herein;

(3) The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

(4) The Clerk is hereby directed to send attested copies of this Order to all counsel of record.

Dated this 20th day of November, 2018.

/s/ CHRISTOPHER C. CONNER
CHRISTOPHER C. CONNER
CHIEF JUDGE